# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00057-CV

---

**In re Charles Deus**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Charles Deus petitions for mandamus relief directing the trial court to hold a hearing on his Motion to Re-Instate Access. But Deus has not provided a record of any correspondence with the trial court or appropriate court administrator expressly requesting a hearing. He thus has failed to show entitlement to mandamus relief. *See In re Golz*, No. 03-25-00847-CV, 2025 WL 3071578, at *1 (Tex. App.—Austin Nov. 4, 2025, orig. proceeding) (mem. op.); *see also In re Tarkington*, No. 03-23-00305-CV, 2023 WL 4494829, at *1 (Tex. App.—Austin July 13, 2023, orig. proceeding) (mem. op.) (relator when seeking mandamus relief directing trial court to set hearing must provide record sufficient to support relief). The petition for a writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a), (d).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed: January 29, 2026